AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

BOARD OF TRUSTEES OF THE NORTHERN
ILLINOIS BENEFIT FUND, et al.

        Plaintiffs,

V.

HIGH-TECH MECHANICAL, INC.,
AN ILLINOIS CORPORATION, D/B/A
HIGH TECH MECHANICAL, INC.
        DEFENDANT.

CASE NUMBER: 08CV2376 EDA
JUDGE GUZMAN
MAGISTRATE JUDGE VALDEZ

DESIGNATED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)
HIGH-TECH MECHANICAL, INC. D/B/A HIGH TECH MECHANICAL, INC.
C/O ITS REGISTERED AGENT, LEONARD R. CHAPLINSKI, JR.
296 ~~272~~ S. KINZIE AVE.
BRADLEY, IL 60915

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DONALD D. SCHWARTZ
PHILIP BRZOZOWSKI
ARNOLD AND KADJAN
19 WEST JACKSON BLVD., SUITE 300
CHICAGO, IL 60604
(312) 236-0415

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

**Michael W. Dobbins, Clerk**

_Esperanza Arnold_
(By) DEPUTY CLERK

**April 25, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 6/19/08 @ 11:40pm |
| NAME OF SERVER (PRINT) Brian Kiebel | TITLE Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served:
Soul High Tech Mechanical c/o to President Tom Blanchette at business address 296 S. Knox Ave Bradley IL (w/m 55 5x14)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/19/08

Signature of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.