IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS EDUCATION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS RETIREMENT FUND,<br><br>    Plaintiffs,<br><br>v.<br><br>HIGH-TECH MECHANICAL, INC., An Illinois Corporation, d/b/a HIGH TECH MECHANICAL, INC.<br><br>    Defendant. | No. 08 C 2376<br><br>Judge Guzman<br><br>Magistrate Judge Valdez |

**MOTION FOR ORDER OF DEFAULT
AND JUDGMENT IN SUM CERTAIN**

Plaintiffs, by one of their attorneys, DONALD D. SCHWARTZ, PHILIP BRZOZOWSKI and ARNOLD AND KADJAN, pursuant to F.R.C.P. 55, respectfully request this Honorable Court to enter an Order of Default as to liability and Judgment in favor of Plaintiffs and against Defendant, HIGH-TECH MECHANICAL, INC., an Illinois corporation.

In support thereof, Plaintiffs state:

1.   This case was filed on April 28, 2008.

2.   Defendant was served with Summons and Complaint on June 19, 2008. (See affidavit of service attached hereto as Exhibit "1")

3.   In excess of 20 days have expired since Service of Process, however, Defendant has failed to file an answer or otherwise plead.

4.   Per the affidavit of Robert E. Niksa, Defendant owes at least $26,003.04 to

Plaintiffs which includes delinquent contributions and liquidated damages. (See affidavit of Niksa attached hereto as Exhibit "2")

5.   Per the affidavit of Philip Brzozowski, attorney for Plaintiffs, $2,975.50 in legal fees and expenses have been incurred in attempting to collect the amounts owed by Defendants. (See Exhibit "3")

**WHEREFORE**, Plaintiffs pray for:

1.   An Order of Default and Judgment against the Defendant.

2.   Judgment be rendered in the amount of $28,978.54.

Respectfully submitted,

**TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND, LOCAL 501, et al.**

By: s/ Philip Brzozowski
        One of their Attorneys

Donald D. Schwartz
Philip Brzozowski
**ARNOLD AND KADJAN**
19 West Jackson Blvd.
Chicago, Illinois 60604
(312) 236-0415

**EXHIBIT 1**

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

BOARD OF TRUSTEES OF THE NORTHERN
ILLINOIS BENEFIT FUND, et al.

Plaintiffs,

V.

HIGH-TECH MECHANICAL, INC.,
AN ILLINOIS CORPORATION, D/B/A
HIGH TECH MECHANICAL, INC.
DEFENDANT.

CASE NUMBER: 08CV2376 EDA
JUDGE GUZMAN
MAGISTRATE JUDGE VALDEZ

DESIGNATED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)
HIGH-TECH MECHANICAL, INC. D/B/A HIGH TECH MECHANICAL, INC.
C/O ITS REGISTERED AGENT, LEONARD R. CHAPLINSKI, JR.
296 ~~272~~ S. KINZIE AVE.
BRADLEY, IL 60915

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DONALD D. SCHWARTZ
PHILIP BRZOZOWSKI
ARNOLD AND KADJAN
19 WEST JACKSON BLVD., SUITE 300
CHICAGO, IL 60604
(312) 236-0415

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

**Michael W. Dobbins, Clerk**

_Esperanza Arnold_
(By) DEPUTY CLERK

April 25, 2008
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/19/08 @ 11:40am |
| NAME OF SERVER (PRINT) Brian Kriebel | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:

Served High Tech Mechanical c/o its President Tom Blanchette at business address 296 S. Knen Ave Bradley IL (w/m 55 5x14)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/19/08
           Date      Signature of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**EXHIBIT 2**

Case 1:08-cv-02376   Document 11-3   Filed 07/28/2008   Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS EDUCATION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS RETIREMENT FUND,<br><br>                    Plaintiffs,<br><br>v.<br><br>HIGH-TECH MECHANICAL, INC., An Illinois Corporation, d/b/a HIGH TECH MECHANICAL, INC.<br><br>                    Defendant. | No. 08 C 2376<br><br>Judge Guzman<br><br>Magistrate Judge Valdez |

### AFFIDAVIT OF ROBERT E. NIKSA

ROBERT E. NIKSA, upon being first duly sworn on oath, deposes and states:

1. I am the Fund Administrator for the NORTHERN ILLINOIS BENEFIT FUND, NORTHERN ILLINOIS PENSION FUND, NORTHERN ILLINOIS EDUCATION FUND and NORTHERN ILLINOIS RETIREMENT FUND (hereinafter "Northern Illinois Benefit Funds").

2. In my position, my normal duties include maintaining a record of delinquent contractors. This would include the Defendant, HIGH-TECH MECHANICAL, INC., an Illinois Corporation.

3. Defendant currently owes the Northern Illinois Benefit Funds at least $13,013.43 of unpaid contributions for the months of December 2007 through April 2008

based upon monthly contribution reports submitted by the Defendant. This amount is subject to change as further amounts may still be determined by an audit.

    4.    Based on late payments of contributions for all months including November 2007 through March 2008, Defendant owes $12,989.61 in liquidated damages. This amount is subject to change as further amounts may still be determined by an audit.

    5.    The total amount owed to the Northern Illinois Benefit Funds is at least $26,003.04 which does not include attorneys' fees incurred by the Northern Illinois Benefit Funds. This amount is subject to change as further amounts may still be determined by an audit.

    6.    Affiant is not currently suffering any infirmities and is competent to testify to the foregoing.

    FURTHER AFFIANT SAYETH NOT.

_____
ROBERT E. NIKSA

SUBSCRIBED AND SWORN TO
before me this 25th day
of July, 2008

_Cindy Borg_
NOTARY PUBLIC

CINDY BORG
Notary Public State of Illinois
No. 522377
Commission Expires Jan. 2, 2009

**EXHIBIT 3**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS EDUCATION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS RETIREMENT FUND, <br><br> Plaintiffs, <br><br> v. <br><br> HIGH-TECH MECHANICAL, INC., An Illinois Corporation, d/b/a HIGH TECH MECHANICAL, INC. <br><br> Defendant. | No. 08 C 2376 <br><br> Judge Guzman <br><br> Magistrate Judge Valdez |

## AFFIDAVIT OF PHILIP BRZOZOWSKI

Philip Brzozowski, upon being first duly sworn, on oath deposes and states:

1. Affiant is an associate in the Law Firm Arnold and Kadjan handling this case.

2. Our firm has spent 13.5 hours in collecting benefit contributions and other amounts owed by Defendant.

3. Our normal rate is $175.00 per hour

4. Our firm charged the BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS EDUCATION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS RETIREMENT FUND, (hereinafter "Northern Illinois Fringe Benefit Funds") $2,362.50 in attorneys' fees in this matter.

5. Our firm also charged the Northern Illinois Fringe Benefit Funds $613.00 in costs which includes the Court's $350.00 filing fee and various other costs of filing and service of process.

6. To date, the total amount of attorneys' fees and costs charged the Northern Illinois Fringe Benefit Funds is $2,975.50

7. Affiant is not currently suffering any infirmities and is competent to testify to all of the foregoing

FURTHER AFFIANT SAYETH NOT.

*Philip Brzozowski*

SUBSCRIBED AND SWORN to
before me this 28th day
of July 2008

Notary Public

OFFICIAL SEAL
DAWN M DE WITT
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/11/11

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS EDUCATION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS RETIREMENT FUND, <br><br> Plaintiffs, <br><br> v. <br><br> HIGH-TECH MECHANICAL, INC., An Illinois Corporation, d/b/a HIGH TECH MECHANICAL, INC. <br><br> Defendant. | ) ) ) ) ) ) No. 08 C 2376 ) ) Judge Guzman ) ) Magistrate Judge Valdez ) ) ) ) ) ) ) ) ) |

## JUDGMENT ORDER

**THIS CAUSE** coming on to be heard on Plaintiffs' Motion for Order of Default and Judgment in Sum Certain, all parties having been given due notice;

**IT IS HEREBY ORDERED**:

1. Defendant, HIGH-TECH MECHANICAL, INC., an Illinois Corporation is hereby defaulted and Judgment as to liability is entered against it and in favor of Plaintiffs.

2. Judgment is entered in favor of Plaintiffs, Board of Trustees of the Northern Illinois Benefit Fund, et al., and against Defendant in the sum of $28,978.54 which consists of delinquent contributions, liquidated damages and attorneys' fees and costs incurred in attempting to collect amounts due Plaintiffs.

3.     This is a final and appealable order.

DATED: _____

ENTER:_____
**HONORABLE JUDGE GUZMAN**

Donald D. Schwartz
Philip Brzozowski
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415