**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE ) | |
| NORTHERN ILLINOIS BENEFIT FUND, ) | |
| BOARD OF TRUSTEES OF THE ) | |
| NORTHERN ILLINOIS PENSION FUND, ) | |
| BOARD OF TRUSTEES OF THE ) | |
| NORTHERN ILLINOIS EDUCATION ) | |
| FUND, BOARD OF TRUSTEES OF ) No. 08 C 2376 | |
| THE NORTHERN ILLINOIS ) | |
| RETIREMENT FUND, ) Judge Guzman | |
| ) | |
| Plaintiffs,  ) Magistrate Judge Valdez | |
| ) | |
| v.  ) | |
| ) | |
| HIGH-TECH MECHANICAL, INC., ) | |
| An Illinois Corporation, d/b/a ) | |
| HIGH TECH MECHANICAL, INC. ) | |
| ) | |
| Defendant.  ) | |

**NOTICE OF MOTION**

TO: **High Tech Mechanical, Inc.**
   **d/b/a High Tech Mechanical, Inc.**
   **272 S. Kinzie Ave.**
   **Bradley, IL 60915**

**PLEASE TAKE NOTICE** that on **August 5, 2008** at **9:30** or as soon hereafter as

Counsel may be heard, I shall appear before the **Honorable Judge Guzman, Room 1219**

in the Courtroom usually occupied by him in the Federal District Court, 219 S. Dearborn

Street, Chicago, Illinois, and then and there move and present the attached Motion for

Order of Default and Judgment in Sum Certain.

BOARD OF TRUSTEES OF THE
NORTHERN ILLINOIS BENEFIT FUND,
et al.


s/ Philip Brzozowski
One of their Attorneys

Donald D. Schwartz
Philip Brzozowski
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)

## PROOF OF SERVICE

I hereby certify that a copy of this Notice of Motion and Motion for Order of Default and Judgment in Sum Certain will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 28th day of July 2008, at or before the hour of 5:00 p.m.

**High Tech Mechanical, Inc.**
**d/b/a High Tech Mechanical, Inc.**
**272 S. Kinzie Ave.**
**Bradley, IL 60915**

s/ Philip Brzozowski
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)