UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Board of Trustees of the Northern Illinois Benefit Fund, et al.

                          Plaintiff,

v.                                              Case No.: 1:08−cv−02376

                                                  Honorable Ronald A. Guzman

High−Tech Mechanical, Inc.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 5, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman:Defendant not in court. Status hearing held on 8/5/2008. Motion hearing held on 8/5/2008. Motion by Plaintiffs for order of Default and Judgment in Sum Certain [11] is granted. Any pending motions or schedules in this case are stricken as moot.Civil case terminated. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.